Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | Victoria Frances CANDELARIA |
| **Docket Number:** | 1:05CR00519-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07-31-06 |
| **Original Offense:** | 18 USC 1341 - Wire Fraud<br>(CLASS C FELONY) |
| **Original Sentence:** | 36 mos. Probation; $100 special assessment; $1,565 restitution; and, mandatory testing |
| **Special Conditions:** | Warrantless search and seizure; Not dispose assets; Financial disclosure; Credit restrictions; 100 hours community service; 30 days home detention; DNA collection |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 07-31-06 |
| **Assistant U.S. Attorney:** | Stanley A. Boone     **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Carol A. Moses (Appt.)     **Telephone:** (559) 499-9069 |
| **Other Court Action:** | None |

**RE:     Victoria Frances CANDELARIA**
        **Docket Number:  1:05CR00519-01 AWI**
        **PETITION TO MODIFY THE CONDITIONS OR TERM**
        **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

2. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs or alcohol.

3. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of up to $25 per month.

**Justification:**   On April 17, 2007, the defendant submitted a urine sample for drug testing which returned a positive result for the presence of amphetamine/methamphetamine.

On April 25, 2007, the defendant admitted she used methamphetamine, and she expressed her willingness to participate in substance abuse treatment.  The defendant agreed to have her terms and conditions of supervision modified to include the above indicated special conditions by signing a Waiver of Hearing to Modifying Conditions of Probation/Supervised Release or Extend the Term of Supervision.

Later that day, the probation officer conducted a home visit with the defendant and found two small plastic baggies containing a green leafy substance which appeared to be marijuana.  The defendant stated the bags contained medical marijuana and they belonged to her boyfriend.  Considering the defendant's boyfriend was unavailable for questioning,

RE:   Victoria Frances CANDELARIA
      Docket Number:  1:05CR00519-01 AWI
      **PETITION TO MODIFY THE CONDITIONS OR TERM**
      **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

coupled with the fact possessing marijuana places the defendant at clear variance from her terms and conditions of supervision, the defendant disposed of the marijuana by flushing it down the toilet.  The defendant stated she was willing to relocate away from her boyfriend in order to avoid future probation violations.  The probation officer warned the defendant that her terms and conditions of supervision prohibit her from possessing illegal drugs or associating with narcotic users.

Although the defendant stated the marijuana belonged to her boyfriend, she was in control of it at the time of the probation officer's visit.  Efforts will be made to resolve the issue.  However, it is currently recommended the Court order the above indicated special conditions of supervision in order to allow the defendant to benefit from substance abuse treatment.

Respectfully submitted,

/s/ R. Walters

**R. WALTERS**
**United States Probation Officer**
Telephone:  (661) 861-4305

**DATED:**   May 14, 2007
             Bakersfield, California
             RCW:dk

                    /s/ Rick C. Louviere
**REVIEWED BY:**   _____
                   **RICK C. LOUVIERE**
                   **Supervising United States Probation Officer**

**RE:    Victoria Frances CANDELARIA**
    **Docket Number:  1:05CR00519-01 AWI**
    **PETITION TO MODIFY THE CONDITIONS OR TERM**
    **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( ✖ )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:    May 16, 2007**                    **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE