LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-CR-00519-AWI |
| ) | |
| Plaintiff, ) | STIPULATION FOR CONTINUANCE OF |
| ) | CONTESTED HEARING AND ORDER |
| v. ) | |
| ) | |
| VICTORIA FRANCES CANDELARIA ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Carol Ann Moses, Attorney for Defendant, that the hearing currently set for April 13, 2009, be continued to May 11, 2009, at 9:00 a.m.

                                  Respectfully submitted,

                                  LAWRENCE G. BROWN
                                  Acting United States Attorney

DATED: April 9, 2009        By    /s/ Stanley A. Boone
                                  STANLEY A. BOONE
                                  Assistant U.S. Attorney

1

| | | | |
|---|---|---|---|
| DATE: April 9, 2009 | By | /s/ Carol Ann Moses | |

CAROL ANN MOSES
Attorney for Victoria Candelaria

**ORDER**

IT IS SO ORDERED that the hearing scheduled for April 13, 2009, at 9:00 a.m. is continued to May 11, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   April 13, 2009**              **/s/ Anthony W. Ishii**
                              CHIEF UNITED STATES DISTRICT JUDGE