1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone  (559) 449-9069
   Facsimile   (559) 449-9016
4

5  Attorney for Defendant,
   VICTORIA FRANCES CANDELARIA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,           ) CASE NO. 1:05-cr-00519-AWI
                                         )
12 |        Plaintiff,                   ) STIPULATION AND
                                         ) ORDER FOR CONTINUANCE
13 | vs.                                 ) OF CONTESTED HEARING
                                         )
14 | VICTORIA FRANCES CANDELARIA,        )
                                         )
15 |        Defendant.                   )
   |_____     )
16

17      IT IS HEREBY STIPULATED by and between the Defendant, VICTORIA FRANCES

18 CANDELARIA, her Attorney of record, CAROL ANN MOSES, and STANLEY A. BOONE,

19 Assistant United States Attorney that the hearing currently set for May 11, 2009, at 9:00 a.m. be

20 continued to June 1, 2009 at 9:00 a.m. or to another date convenient for the Court.

21

22 Dated:  May 4, 2009                    By:  /s/ Carol Ann Moses
                                               CAROL ANN MOSES
23                                             Attorney for Defendant
                                               VICTORIA CANDELARIA
24

25 Dated:  May 4, 2009                    By:  /s/ Stanley A. Boone
                                               STANLEY A. BOONE
26                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff
27

28

* * * ORDER * * *

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. The Contested Hearing scheduled for May 11, 2009 for Defendant, VICTORIA FRANCES CANDELARIA, shall be continued to June 1, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated: May 6, 2009**               /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE