1  **tryCAROL ANN MOSES #164193**
Attorney at Law
2  545 East Alluvial, Suite 112
Fresno, California 93720
3  Telephone  (559) 449-9069
Facsimile   (559) 449-9016
4

5  Attorney for Defendant,
VICTORIA FRANCES CANDELARIA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )    CASE NO. 1:05-cr-00519-AWI
                                    )
12          Plaintiff,               )    STIPULATION AND
                                    )    ORDER FOR CONTINUANCE OF
13  vs.                             )    INITIAL APPEARANCE
                                    )    FOR VIOLATION OF PROBATION
14  VICTORIA FRANCES CANDELARIA,    )
                                    )
15          Defendant.               )
                                    )
16  _____)

17          IT IS HEREBY STIPULATED by and between the Defendant, VICTORIA FRANCES

18  CANDELARIA, her Attorney of record, CAROL ANN MOSES, and SUSAN PHAN, Assistant

19  United States Attorney that the initial appearance for a violation of probation currently set for

20  September 14, 2009, at 1:30 p.m. be continued to August 28, 2009 at 1:30 p.m. or to another date

21  convenient for the Court.  This continuance is requested as the Defendant has had a sudden death

22  in the family.  U.S. Probation Officer, J.C. Hill has agreed to this continuance

23  Dated: September 14, 2009          By:  /s/ Carol Ann Moses
                                              CAROL ANN MOSES
24                                            Attorney for Defendant
                                              VICTORIA CANDELARIA
25

26  Dated: September 14, 2009          By:  /s/ Susan Phan
                                              SUSAN PHAN
27                                            Assistant U.S. Attorney
                                              Attorney for Plaintiff
28

STIP & PROPOSED ORDER FOR
CONTINUANCE OF INITIAL APPEARANCE            1

1 \| * * * ORDER * * *

2 \| The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

3 \| 1.  The Initial Appearance for a Violation of Probation scheduled for

4 \| September 14, 2009 for Defendant, VICTORIA FRANCES CANDELARIA, shall

5 \| be continued to September 28, 2009, at 1:30 p.m.

6

7 \| Dated:   September 14, 2009             By:      /s/ Gary S. Austin
                                                      GARY S. AUSTIN
8 \|                                                  U.S. Magistrate Court Judge