**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone  (559) 449-9069
Facsimile   (559) 449-9016


Attorney for Defendant,
VICTORIA FRANCES CANDELARIA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:05-cr-00519-AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER FOR |
| vs. ) | CONTINUANCE OF |
| ) | STATUS CONFERENCE ON |
| VICTORIA FRANCES CANDELARIA, ) | VIOLATION OF PROBATION |
| ) | |
| Defendant. ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the Defendant, VICTORIA FRANCES CANDELARIA, and her Attorney of record, CAROL ANN MOSES, and SUSAN PHAN, Assistant United States Attorney that the Status Conference on a Violation of Probation currently set for October 14, 2009, at 1:30 p.m. be continued to October 19, 2009 at 1:30 p.m. or to another date convenient for the Court.  This continuance is requested as the Defendant is unable to obtain transportation from her home in Bakersfield to Fresno and cannot afford the train at

///
///
///
///
///
///

STIP & PROPOSED ORDER FOR
CONTINUANCE OF STATUS CONFERENCE            1

1  this time.  The Defendant will borrow money from a family member who will be paid on October
2  15, 2009, and be able to appear in court after October 15, 2009.  U.S. Probation Officer,
3  J.C. Hill has agreed to this continuance.

5  Dated: October 14, 2009						By:  /s/ Carol Ann Moses
6										CAROL ANN MOSES
										Attorney for Defendant
										VICTORIA CANDELARIA

8  Dated: October 14, 2009						By:   /s/ Susan Phan
										SUSAN PHAN
9										Assistant U.S. Attorney

* * * ORDER * * *

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1.	The Status Conference on a Violation of Probation scheduled for
	October 14, 2009 for Defendant, VICTORIA FRANCES CANDELARIA, shall be
	continued to October 19, 2009, at 1:30 p.m.

IT IS SO ORDERED.

  Dated:    **October 14, 2009**				          **/s/ Dennis L. Beck**
									UNITED STATES MAGISTRATE JUDGE

STIP & PROPOSED ORDER FOR
CONTINUANCE OF STATUS CONFERENCE			2